**BRYAN CAVE LLP**
Jennifer Jackson, California Bar No. 192998
Monica A. Kohles, California Bar No. 293448
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: jjackson@bryancave.com
monica.kohles@bryancave.com

**BRYAN CAVE LLP**
Brendon K. Barton, California Bar No. 246925
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: brendon.barton@bryancave.com

Attorneys for Defendants
The Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19 and Mortgage Electronic Registration Systems, Inc.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON and BIJOU MASTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC. ALTERNATIVE LOAN TRUST 2007-19, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19; CWALT, INC. ALTERNATIVE LOAN TRUST 2007-19; MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19; CWALT, INC. AS DEPOSITOR OF THE | Case No. 2:14-cv-08741-DDP (AJWx)<br><br>Hon. Dean D. Pregerson<br><br>**JUDGMENT OF DISMISSAL**<br><br>[F.R.Civ.P. 58]<br><br>Complaint Filed: August 20, 2014<br>Trial Date: N/A<br><br>[CLOSED] |

SM01DOCS\1134203.2

[PROPOSED] JUDGMENT OF DISMISSAL

| | |
|---|---|
| 1 | ALTERNATIVE LOAN TRUST 2007-19; MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-19; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROES 1-10 AND DOES 1-10, inclusive, representing a class of unknown persons who claim or have the right to claim an interest in certain real property located in Hollywood, California, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\1134203.2

**[PROPOSED] JUDGMENT OF DISMISSAL**

# JUDGMENT OF DISMISSAL

The Court, having granted Defendants the Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWALT, Inc. Alternative Loan Trust 2007-19, Mortgage Pass-Through Certificates, Series 2007-19 ("BNY Mellon") and Mortgage Electronic Registration Systems, Inc. ("MERS")'s (collectively, "Defendants") motion to dismiss the Second Amended Complaint ("SAC") of Plaintiffs Daniel Masterson and Bijou Masterson ("Plaintiffs") without leave to amend (DOC #65), dismissing the SAC with prejudice (DOC #65), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs' SAC is dismissed in its entirety <u>with prejudice</u>;

2. The Court enters a JUDGMENT OF DISMISSAL in favor of Defendants and against Plaintiffs; and

3. Plaintiffs shall recover nothing from Defendants.

**IT IS SO ORDERED.**

Dated: March 01, 2016

                          Honorable Dean D. Pregerson
                          United States District Judge